UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **In re:**<br><br>**PATRIOT COAL CORPORATION,** *et al.*,<br><br>**Debtors.** | Chapter 11<br>Case No. 12-51502-659<br>(Jointly Administered)<br><br>Re: Docket No. 4460<br><br>Hearing Date:<br>August 20, 2013 at 10:00 a.m. (CT) |

**JOINDER OF THE UNITED MINE WORKERS IN THE MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 363(b), 1113, 1114(e) AND 105(a) AND FED. R. BANKR. P. 9019(a) AUTHORIZING ENTRY INTO NEW COLLECTIVE BARGAINING AGREEMENTS AND MEMORANDUM OF <u>UNDERSTANDING WITH THE UNITED MINE WORKERS OF AMERICA</u>**

The United Mine Workers of America joins in the motion of the Debtors seeking approval of new collective bargaining agreements and the memorandum of understanding between the Debtors and the Union for the reasons stated therein and for reasons to be presented at the hearing in the above matter.

Dated this 14th day of August, 2013.

    s/ Frederick Perillo
Frederick Perillo
fp@previant.com
Sara J. Geenen
sjg@previant.com
The Previant Law Firm, s.c.
1555 N River Center Dr., Suite 202
Milwaukee, WI 53212
(414) 271-4500
Fax: (414) 271-6308

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on August 14, 2013 using the Court's CM/ECF system and that service will be accomplished upon all counsel of record by operation of that system.

                                                             s/ Frederick Perillo