UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>**PATRIOT COAL CORPORATION,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 12-51502-659<br>(Jointly Administered)<br><br>Hearing Date:<br>November 19, 2013<br>10:00 a.m. (Prevailing Central Time)<br><br>Hearing Location:<br>Courtroom 7 North |

**NOTICE OF MATTERS SCHEDULED FOR HEARING ON
NOVEMBER 19, 2013 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court
Eastern District of Missouri
Thomas F. Eagleton United States Courthouse
111 S. 10th Street
St. Louis, Missouri 63102
Courtroom 7 North
November 19, 2013 at 10:00 a.m. (Prevailing Central Time)

---

[1] The Debtors are the entities listed on Schedule 1 attached hereto. The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

A.  **MAIN CASE:**

1.  Debtors' Omnibus Application to Expand Retention of Professionals to Include New Debtors [ECF No. 4740]

    *Related Documents*

    (a) Application for Expansion of Employment of Blackstone Advisory Partners L.P. to Include New Debtors; Second Supplemental Declaration and Statement of C.B. Richardson and Disclosure Statement of Blackstone Advisory Partners L.P. in Support of the Application of the Debtors to Employ and Retain Blackstone Advisory Partners L.P. as Financial Advisor to the Debtors [ECF No. 4888]

    (b) Order Granting in Part Debtors' Omnibus Application to Expand Retention of Professionals to Include New Debtors [ECF No. 4865]

    Status: An order has been entered granting the Debtors' application in part.  This matter is going forward in part on an uncontested basis with respect to the expansion of the employment of Blackstone Advisory Partners L.P.  This matter is adjourned to December 17, 2013 at 9:00 a.m. (prevailing Central Time) with respect to the employment of Bowles Rice LLP, Ernst & Young LLP and Veritas Consulting, LLC.

    Debtors' Nineteenth Omnibus Objection to Claims (Adkins Flood Litigation Claims) [ECF No. 4773]

    Status: This matter is going forward on an uncontested basis.

2.  Debtors' Twentieth Omnibus Objection to Claims (Willits Litigation Claims) [ECF No. 4776]

    Status: This matter is going forward on an uncontested basis.

3.  Debtors' Twenty-Second Omnibus Objection to Claims (Cyprus Creek Vendor Lien Claims) [ECF No. 4866]

    Status: This matter is going forward on an uncontested basis.

4.  Motion to Assume Lease or Executory Contract and to Approve Settlement of Claims of Nations Fund I, Inc. [ECF No. 4881]

    Status: This matter is going forward on an uncontested basis.

5. Debtors' Motion Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001 for an Order Modifying the Automatic Stay to Permit Payments of Defense Expenses Under Insurance Policy [ECF No. 4891]

   Status: This matter is going forward on an uncontested basis.

6. Motion to Assume Lease or Executory Contract and to Approve Settlement of Claims of Caterpillar Financial Services Corporation [ECF No. 4892]

   Status: This matter is going forward on an uncontested basis.

7. Debtors' Motion for Entry of an Order Authorizing Assumption of Executory Contract and Approving Settlement of Claim of Michelin North America, Inc. [ECF No. 4893]

   Status: This matter is going forward on an uncontested basis.

8. Debtors' Motion for Entry of an Order Authorizing Assumption of Certain Unexpired Leases and Guaranty and Approving Settlement of Claims of BancorpSouth Equipment Finance [ECF No. 4894]

   Status: This matter is going forward on an uncontested basis.

9. Debtors' Motion for Entry of an Order Authorizing Assumption of Certain Unexpired Leases and Guaranty and Approving Settlement of Claims of CapitalSource Bank [ECF No. 4895]

   Status: This matter is going forward on an uncontested basis.

10. Debtors' Motion for Entry of an Order Authorizing Assumption of Certain Unexpired Leases and Guaranty and Approving Settlement of Claims of General Electric Capital Corporation [ECF No. 4896]

    Status: This matter is going forward on an uncontested basis.

11. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 363, 365 and 105(a) Authorizing Entry into an Agreement with Alliance to Assign Certain Lease Interests and Sell Property Free and Clear [ECF No. 4986]

*Related Document*

(a) Motion to Expedite Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 363, 365 and 105(a) Authorizing Entry into an Agreement with Alliance to Assign Certain Lease Interests and Sell Property Free and Clear [ECF No. 4987]

Status: This matter is going forward. The objection deadline is November 18, 2013 at 9:00 a.m. (prevailing Central Time).

B. **ADJOURNED MATTERS**:

1. Debtors' Motion for Authorization to (i) Assume or (ii) Reject Unexpired Leases of Nonresidential Real Property [ECF No. 1995]

*Objections*

(a) Objection of Arch Coal, Inc., Ark Land Company, Ark Land KH, Inc. and Allegheny Land Company to Debtors' Motion for Authorization to (i) Assume or (ii) Reject Unexpired Leases of Nonresidential Real Property [ECF No. 2068]

Status: Adjourned to December 17, 2013 at 9:00 a.m. (prevailing Central Time).

2. Debtors' Fifth Omnibus Objection to Claims [ECF No. 4181]

*Related Document*

(a) Order Sustaining Debtors' Fifth Omnibus Objection to Claims [ECF No. 4376]

(b) Supplemental Order on Debtors' Fifth Omnibus Objection to Claims [ECF No. 4506]

*Responses*

(a) Creditor, Continental Bank's, Response to the Debtor's Fifth Omnibus Objection to Claims 2304/3674 [ECF No. 4312]

(b) Creditor David Cox's Response to the Debtor's Fifth Omnibus Objection to Claim 1788-1/2785 [ECF No. 4313]

      Status: The following claim objections are adjourned to December 17, 2013 at 9:00 a.m. (prevailing Central Time):

      (a)    Hulin H. Cook, Jr., E.D. Mo. Claim Nos. 3257 and 3299; GCG Claim Nos. 3725 and 3726

      (b)    David Cox, E.D. Mo. Claim Nos. 1787, 1788, 1787-1; GCG Claim Nos. 2783, 2785, 2784

      (c)    Continental Bank, E.D. Mo. Claim No. 2304; GCG Claim No. 3674

3.     Debtors' Tenth Omnibus Objection to Claims [ECF No. 4331]

*Related Document*

      (a)    Order Sustaining Debtors' Tenth Omnibus Objection to Claims [ECF No. 4507]

      Status: The following claim objection is adjourned to December 17, 2013 at 9:00 a.m. (prevailing Central Time):

      (a)    Nancy Smith, E.D. Mo. Claim No. 3958; GCG Claim No. 4022

4.     Debtors' Fourteenth Omnibus Objection to Claims (Wrong Debtor or Otherwise Inconsistent with Books and Records) [ECF No. 4526]

*Responses*

      (a)    Response of Industrial Contracting of Fairmont, Inc., Industrial Resources, Inc., Salem Electric Company and West Virginia Electric Industries, Inc to the Fourteenth and Fifteenth Omnibus Objection to Claims Dated August 23, 2013 [ECF No. 4638]

      Status:  The following claim objections are adjourned to December 17, 2013 at 9:00 a.m. (prevailing Central Time):

      (a)    Green Leaf Services of Beckley LLC, E.D. Mo. Claim No. 415; GCG Claim No. 421

      (b)    Lincoln Leasing Co., Inc., E.D. Mo. Claim Nos. 1785, 1786; GCG Claim Nos. 2777, 2778

      (c)    West Virginia Electric Industries, Inc., E.D. Mo. Claim No. 3980; GCG Claim No. 3976

      (d)    Corky Wells Electric Inc., E.D. Mo. Claim Nos. 1568, 3633; GCG Claim No. 2247, 1537

5. Debtors' Fifteenth Omnibus Objection to Claims (Redundant Claims) [ECF No. 4527]

   *Related Document*

   (a) Order Sustaining Debtors' Fifteenth Omnibus Objection to Claims [ECF No. 4851]

   *Responses*

   (a) Response of Industrial Contracting of Fairmont, Inc., Industrial Resources, Inc., Salem Electric Company and West Virginia Electric Industries, Inc to the Fourteenth and Fifteenth Omnibus Objection to Claims Dated August 23, 2013 [ECF No. 4638]

   (b) Response of Alpha Engineering Services, Inc. to Debtors' Fifteenth Omnibus Objection to Claims as Redundant Claim [ECF No. 4643]

   (c) Response to Debtors' Fifteenth Omnibus Objection to Claims [filed by Environmental Resources Management Consulting Company] [ECF No. 4652]

   Status: An order has been entered sustaining the Objection in part. The following claim objections are adjourned to December 17, 2013 at 9:00 a.m. (prevailing Central Time):

   (a) Alpha Engineering Services, Inc., E.D. Mo. Claim No. 948-2; GCG Claim No. 4065

   (b) CSX Transportation, Inc., E.D. Mo. Claim Nos. 3647, 3702, 3698, 3650, 3699, 3648; GCG Claim Nos. 3583, 3576, 3579, 3580, 3584, 3578

   (c) Environmental Resources Management Consulting, E.D. Mo. Claim No. 2044; GCG Claim No. 3097

   (d) Industrial Contracting of Fairmont, Inc., E.D. Mo. Claim Nos. 3966, 3968, 3970; GCG Claim Nos. 3983, 3980, 3984

   (e) West Virginia Electric Industries, Inc., E.D. Mo. Claim Nos. 3982, 3983; GCG Claim Nos. 3981, 3983

   (f) Salem Electric Company, E.D. No. Claim No. 3979, GCG Claim No. 3981

6. Michelin North America, Inc.'s Motion for Leave to Amend Its Proof of Claim or, in the Alternative, for Extension of the Deadline to Timely File

       Claim Under Bankruptcy Code Section 503(b)(9) in the Case of Debtor Patriot Coal Services, LLC, Case No. 12-52102 [ECF No. 4445]

       <u>Status</u>: Adjourned to December 17, 2013 at 9:00 a.m. (prevailing Central Time).

7. Debtors' Twenty-First Omnibus Objection to Claims (Clear Fork Water Supply Claims) [ECF No. 4779]

       *Response*

       (a) Claimants' Response to Debtors' Twenty-First Omnibus Objection to Claims (Clear Fork Water Supply Claims) [ECF No. 4913]

       <u>Status</u>: Adjourned to December 17, 2013 at 9:00 a.m. (prevailing Central Time).

8. Debtors' Objection to Claims of Drummond Coal Sales, Inc. [ECF No. 4853]

       <u>Status</u>: The parties have reached an agreement to resolve the objection, which is adjourned to December 17, 2013 at 9:00 a.m. (prevailing Central Time) pending approval of the settlement.

9. Debtors' Renewed Motion for Authorization to Assume Unexpired Leases of Nonresidential Real Property [ECF No. 4882]

       *Objection*

       (a) Objection of Alpha Natural Resources, Inc. and Certain of its Subsidiaries to Debtors' Renewed Motion for Authorization to Assume Unexpired Leases of Nonresidential Real Property [ECF No. 4989]

       <u>Status</u>: Adjourned to December 17, 2013 at 9:00 a.m. (prevailing Central Time).

Dated: November 15, 2013
New York, New York

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/* Brian M. Resnick
Marshall S. Huebner
Elliot Moskowitz
Brian M. Resnick
Michelle M. McGreal
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 607-7983

*Counsel to the Debtors and Debtors in Possession*

-and-

BRYAN CAVE LLP
Lloyd A. Palans, #22650MO
Brian C. Walsh, #58091MO
Laura Uberti Hughes, #60732MO
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

*Local Counsel to the Debtors and Debtors in Possession*

8

## SCHEDULE 1
(Debtor Entities)

1. Affinity Mining Company
2. Apogee Coal Company, LLC
3. Appalachia Mine Services, LLC
4. Beaver Dam Coal Company, LLC
5. Big Eagle, LLC
6. Big Eagle Rail, LLC
7. Black Stallion Coal Company, LLC
8. Black Walnut Coal Company
9. Bluegrass Mine Services, LLC
10. Brody Mining, LLC
11. Brook Trout Coal, LLC
12. Catenary Coal Company, LLC
13. Central States Coal Reserves of Kentucky, LLC
14. Charles Coal Company, LLC
15. Cleaton Coal Company
16. Coal Clean LLC
17. Coal Properties, LLC
18. Coal Reserve Holding Limited Liability Company No. 2
19. Colony Bay Coal Company
20. Cook Mountain Coal Company, LLC
21. Corydon Resources LLC
22. Coventry Mining Services, LLC
23. Coyote Coal Company LLC
24. Cub Branch Coal Company LLC
25. Dakota LLC
26. Day LLC
27. Dixon Mining Company, LLC
28. Dodge Hill Holding JV, LLC
29. Dodge Hill Mining Company, LLC
30. Dodge Hill of Kentucky, LLC
31. EACC Camps, Inc.
32. Eastern Associated Coal, LLC
33. Eastern Coal Company, LLC
34. Eastern Royalty, LLC
35. Emerald Processing, L.L.C.
36. Gateway Eagle Coal Company, LLC
37. Grand Eagle Mining, LLC
38. Heritage Coal Company LLC
39. Highland Mining Company, LLC
40. Hillside Mining Company
41. Hobet Mining, LLC
42. Indian Hill Company LLC
43. Infinity Coal Sales, LLC
44. Interior Holdings, LLC
45. IO Coal LLC
46. Jarrell's Branch Coal Company
47. Jupiter Holdings LLC
48. Kanawha Eagle Coal, LLC
49. Kanawha River Ventures I, LLC
50. Kanawha River Ventures II, LLC
51. Kanawha River Ventures III, LLC
52. KE Ventures LLC
53. Little Creek LLC
54. Logan Fork Coal Company
55. Magnum Coal Company LLC
56. Magnum Coal Sales LLC
57. Martinka Coal Company, LLC
58. Midland Trail Energy LLC
59. Midwest Coal Resources II, LLC
60. Mountain View Coal Company, LLC
61. New Trout Coal Holdings II, LLC
62. Newtown Energy, Inc.
63. North Page Coal Corp.
64. Ohio County Coal Company, LLC
65. Panther LLC
66. Patriot Beaver Dam Holdings, LLC
67. Patriot Coal Company, L.P.
68. Patriot Coal Corporation
69. Patriot Coal Sales LLC
70. Patriot Coal Services LLC
71. Patriot Leasing Company LLC
72. Patriot Midwest Holdings, LLC
73. Patriot Reserve Holdings, LLC
74. Patriot Trading LLC
75. Patriot Ventures LLC
76. PCX Enterprises, Inc.
77. Pine Ridge Coal Company, LLC
78. Pond Creek Land Resources, LLC
79. Pond Fork Processing LLC
80. Remington Holdings LLC
81. Remington II LLC
82. Remington LLC
83. Rivers Edge Mining, Inc.
84. Robin Land Company, LLC
85. Sentry Mining, LLC
86. Snowberry Land Company
87. Speed Mining LLC
88. Sterling Smokeless Coal Company, LLC
89. TC Sales Company, LLC
90. The Presidents Energy Company LLC
91. Thunderhill Coal LLC
92. Trout Coal Holdings, LLC
93. Union County Coal Co., LLC
94. Viper LLC
95. Weatherby Processing LLC
96. Wildcat Energy LLC
97. Wildcat, LLC
98. Will Scarlet Properties LLC
99. Winchester LLC
100. Winifrede Dock Limited Liability Company
101. Yankeetown Dock, LLC